```
FILED
2010 OCT 12 PM 4:07
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY
```

1  MATTHEW D. MURPHEY (SBN: 194111)
   GORDON & REES LLP
2  2211 Michelson Drive, Suite 400
   Irvine, California 92612
3  Telephone: (949) 255-6950
   Facsimile: (949) 474-2060
4  Email: mmurphey@gordonrees.com

5  Francis M. Wikstrom (Utah Bar No. 3462)
   (*pro hac vice* admission pending)
6  Kristine E. Johnson (Utah Bar No. 7190)
   (*pro hac vice* admission pending)
7  Michael R. McCarthy (Utah Bar No. 8850)
   (*pro hac vice* admission pending)
8  PARSONS BEHLE & LATIMER
   One Utah Center
9  201 South Main Street, Suite 1800
   Post Office Box 45898
10 Salt Lake City, UT  84145-0898
   Telephone:    (801) 532-1234
11 Facsimile:    (801) 536-6111
   Email: fwikstrom@parsonsbehle.com
12        kjohnson@parsonsbehle.com
          mmccarthy@parsonsbehle.com
13

14 Attorneys For Plaintiffs, LIFE TECHNOLOGIES CORPORATION,
   MOLECULAR PROBES, INC., and THE REGENTS OF
15 THE UNIVERSITY OF CALIFORNIA

16               UNITED STATES DISTRICT COURT

17               SOUTHERN DISTRICT OF CALIFORNIA

18
   LIFE TECHNOLOGIES CORPORATION,         Case No. 10 CV 2127 IEG   NLS
19 MOLECULAR PROBES, INC., and THE
   REGENTS OF THE UNIVERSITY OF
20 CALIFORNIA,                             NOTICE OF PARTIES WITH
                                           FINANCIAL INTEREST
21                   Plaintiffs,
                                           [L.R. 40.2]
22 v.

23 EBIOSCIENCE INC.                        Presiding Judge:
                                           Magistrate:
24
                     Defendant.
25

26

27        Pursuant to Civil Local Rule 40.2 of the United States District Court, Southern District,

28 California, counsel of record for Plaintiffs LIFE TECHNOLOGIES CORPORATION,

---
1
**NOTICE OF PARTIES WITH FINANCIAL INTEREST**

MOLECULAR PROBES, INC., and the REGENTS OF THE UNIVERSITY OF CALIFORNIA ("Plaintiffs"), hereby identify the following parties with a direct financial interest in the outcome of this case:

    1.    LIFE TECHNOLOGIES CORPORATION, a named plaintiff herein;

    2.    MOLECULAR PROBES, INC., a named plaintiff herein.

    3.    REGENTS OF THE UNIVERSITY OF CALIFORNIA, a named plaintiff herein.

    3.    EBIOSCIENCE INC., the defendant herein.

Dated: October 12, 2010        GORDON & REES LLP

*(signature)*
Matthew D. Murphey
Attorneys for Plaintiffs
LIFE TECHNOLOGIES CORPORATION,
MOLECULAR PROBES, INC., and the
REGENTS OF THE UNIVERSITY OF
CALIFORNIA

Gordon & Rees LLP
2211 Michelson Drive
Suite 400
Irvine, CA 92612