1  MATTHEW D. MURPHEY (SBN: 194111)
   GORDON & REES LLP
2  2211 Michelson Drive, Suite 400
   Irvine, California 92612
3  Telephone: (949) 255-6950
   Facsimile: (949) 474-2060
4  Email: mmurphey@gordonrees.com

5  Francis M. Wikstrom (Utah Bar No. 3462)
   (*pro hac vice* admission pending)
6  Kristine E. Johnson (Utah Bar No. 7190)
   (*pro hac vice* admission pending)
7  Michael R. McCarthy (Utah Bar No. 8850)
   (*pro hac vice* admission pending)
8  PARSONS BEHLE & LATIMER
   One Utah Center
9  201 South Main Street, Suite 1800
   Post Office Box 45898
10 Salt Lake City, UT 84145-0898
   Telephone:   (801) 532-1234
11 Facsimile:   (801) 536-6111
   Email: fwikstrom@parsonsbehle.com
12        kjohnson@parsonsbehle.com
          mmccarthy@parsonsbehle.com

14 Attorneys For Plaintiffs, LIFE TECHNOLOGIES CORPORATION,
   MOLECULAR PROBES, INC., and THE REGENTS OF THE
15 UNIVERSITY OF CALIFORNIA

**FILED**
2010 OCT 12 PM 4:07
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

Gordon & Rees LLP
2211 Michelson Drive
Suite 400
Irvine, CA 92612

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, MOLECULAR PROBES, INC., and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>EBIOSCIENCE INC.<br><br>Defendant. | Case No. 10 CV 2127 IEG NLS<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>[F.R.C.P. 7.1]<br><br>Presiding Judge:<br>Magistrate: |

1

**CORPORATE DISCLOSURE STATEMENT**

1    Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Plaintiffs LIFE TECHNOLOGIES CORPORATION, MOLECULAR PROBES, INC., and the REGENTS OF THE UNIVERSITY OF CALIFORNIA ("Plaintiffs"), certifies that Plaintiff MOLECULAR PROBES, INC., is a wholly owned subsidiary of Plaintiff LIFE TECHNOLOGIES, CORPORATION. Plaintiff LIFE TECHNOLOGIES CORPORATION has no parent company or publicly held corporation that owns 10% or more of its stock.

Plaintiff THE REGENTS OF THE UNIVERSITY OF CALIFORNIA is a governmental corporate entity.

Dated: October 12, 2010

GORDON & REES LLP

Matthew D. Murphey
Attorneys for Plaintiffs
LIFE TECHNOLOGIES CORPORATION,
MOLECULAR PROBES, INC., and the
REGENTS OF THE UNIVERSITY OF
CALIFORNIA

Gordon & Rees LLP
2211 Michelson Drive
Suite 400
Irvine, CA 92612

INVI/1033707/8613130v.1

2
**CORPORATE DISCLOSURE STATEMENT**