1  MATTHEW D. MURPHEY (SBN: 194111)
   GORDON & REES LLP
2  2211 Michelson Drive, Suite 400
   Irvine, California 92612
3  Telephone: (949) 255-6950
   Facsimile: (949) 474-2060
4  Email: mmurphey@gordonrees.com

5  Francis M. Wikstrom (Utah Bar No. 3462)
   (*pro hac vice* admission pending)
6  Kristine E. Johnson (Utah Bar No. 7190)
   (*pro hac vice* admission pending)
7  Michael R. McCarthy (Utah Bar No. 8850)
   (*pro hac vice* admission pending)
8  PARSONS BEHLE & LATIMER
   One Utah Center
9  201 South Main Street, Suite 1800
   Post Office Box 45898
10 Salt Lake City, UT 84145-0898
   Telephone: (801) 532-1234
11 Facsimile: (801) 536-6111
   Email: fwikstrom@parsonsbehle.com
12        kjohnson@parsonsbehle.com
          mmccarthy@parsonsbehle.com
13
   Attorneys For Plaintiffs, LIFE TECHNOLOGIES CORPORATION,
14 MOLECULAR PROBES, INC., and THE REGENTS OF
   THE UNIVERSITY OF CALIFORNIA

15                     UNITED STATES DISTRICT COURT

16                    SOUTHERN DISTRICT OF CALIFORNIA

17

| 18 | LIFE TECHNOLOGIES CORPORATION, MOLECULAR PROBES, INC., and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, | Case No. 3:10-CV-02127-IEG-NLS |
|---|---|---|
| 19 | | |
| 20 | Plaintiffs, | **NOTICE OF RELATED CASES** |
| 21 | | **[L.R. 40.1(e)]** |
| 22 | v. | |
| 23 | eBIOSCIENCE CORPORATION, | Presiding Judge: Hon. Irma E. Gonzalez |
|    | Defendant. | Magistrate: Hon. Nita L. Stormes |
| 24 | | |

25      Pursuant to Local Rule 40.1(e), Plaintiffs LIFE TECHNOLOGIES CORPORATION,

26 MOLECULAR PROBES, INC. and THE REGENTS OF THE UNIVERSITY OF

27 CALIFORNIA ("Plaintiffs"), hereby give notice that there are Related Cases (as defined by

28 Local Rule 40.1(f)) pertaining to the above-referenced matter.

                                          1
                           **NOTICE OF RELATED CASES**

1.     *eBioscience Corporation v. Invitrogen Corporation, Quantum Dot Corporation and Molecular Probes, Inc.,* Case No. 08CV1729, filed on September 22, 2008, United States District Court, Southern District of California (J. Houston).  eBioscience filed a Complaint for Declaratory Judgment against some of the parties in this action (Molecular Probes, Inc. and Invitrogen Corporation[1]) seeking a declaration that the same patents-in-suit in this action (U.S. Patent Nos. 6,423,551, 6,699,723, and 6,927,069) were invalid and not infringed. The Complaint was dismissed by the Court on April 20, 2009 for lack of subject matter jurisdiction, before an answer was filed or any discovery by the parties, and no action on the merits of eBioscience's allegations was ever taken by the Court.  Plaintiff does not believe that it will serve judicial economy to assign this case to the Honorable John A. Houston.

2.     *Invitrogen Corporation, Quantum Dot Corporation, Molecular Probes, Inc., et al. v. Evident Technologies, Inc.,* Case No. 6:08-CV-163, filed on April 29, 2008, United States District Court, Eastern District of Texas (J. Davis).   Some of the parties in this action (Molecular Probes, Inc., Invitrogen Corporation, and The Regents of the University of California) filed a complaint for infringement of the same patents-in-suit.  This case terminated with the filing of a consent judgment of patent infringement, validity and enforceability of the patents–in-suit and a permanent injunction against defendant's further infringement.

Because neither action is currently pending in this district, and the prior action in this district was promptly dismissed prior to any investment by the court on the merits, Plaintiffs do not believe "assignment to a single district judge is … likely to effect a saving of judicial effort and other economies."  *See* Local Rule 40.1(e).

Dated: October 14, 2010                    GORDON & REES LLP

*/s/ Matthew D. Murphey*
Matthew D. Murphey
Attorneys for Plaintiffs
LIFE TECHNOLOGIES CORPORATION, MOLECULAR PROBES, INC., and the REGENTS OF THE UNIVERSITY OF CALIFORNIA

---

[1] Plaintiff Life Technologies Corporation was formerly known as Invitrogen Corporation.