Richard A. Clegg (SBN 211213)
LAW OFFICE OF RICHARD CLEGG
501 West Broadway, Suite 800
San Diego, California  92101
Telephone: (619) 400-4920
Facsimile:  (619) 400-4929
rick@rclegglaw.com

Gary M. Butter (pending admission *pro hac vice*)
Robert L. Maier (pending admission *pro hac vice*)
Jennifer Tempesta (pending admission *pro hac vice*)
BAKER BOTTS L.L.P.
30 Rockefeller Plaza, 44th Floor
New York, New York  10112-4498
Telephone: (212) 408-2500
Facsimile:  (212) 408-2501

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, MOLECULAR PROBES, INC., and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>EBIOSCIENCE, INC.<br><br>Defendant. | CIVIL ACTION NO.  10cv2127 IEG (NLS)<br><br>JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT<br><br>Date:  TBD<br>Time:  TBD<br>Courtroom: 1<br>Judge: Honorable Irma E. Gonzalez |

Pursuant to CivLR 7.2, the parties jointly move the court to grant a thirty (30) day extension of time, until January 6, 2011, for defendant, eBioscience, Inc., to respond to the Complaint in this action. Plaintiffs have kindly stipulated to the requested extension.

There is good cause for the requested extension, as required by CivLR 12.1. This is a patent infringement action. There are three different patents-in-suit, in the field of semiconductor nanocrystal probes, with a total of 76 different patent claims. The Summons and Complaint were formally served the week before the recent Thanksgiving holiday, and defendant is still investigating the case and various defenses. The requested extension will provide defendant with additional time to investigate the issues and to prepare its responsive pleadings.

Pursuant to CivLR 7.2, a separate proposed Order is being submitted to chambers.

Respectfully submitted,

Dated:  December 6, 2010          /s/ Richard A. Clegg_____
                                  Richard A. Clegg
                                  Counsel for Defendant

So stipulated:

Dated:  December 6, 2010          /s/ Matthew D. Murphey_____
                                  Matthew D. Murphy
                                  Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that, on December 6, 2010, I served a copy of the foregoing JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT on the plaintiffs by sending it via First Class Mail, postage prepaid, to each of the following persons:

> Matthew D. Murphey
> GORDON & REES LLP
> 2211 Michelson Drive, Suite 400
> Irvine, CA 92612

and

> Francis M. Wikstrom
> PARSONS BEHLE & LATIMER
> One Utah Center
> 201 South Main Street, Suite 1800
> Salt Lake City, UT 84145-0898

_____
Richard A. Clegg
Counsel for Defendant