| | |
|---|---|
| 1 | Richard A. Clegg (SBN 211213) |
| 2 | LAW OFFICE OF RICHARD CLEGG |
| | 501 West Broadway, Suite 800 |
| 3 | San Diego, California  92101 |
| | Telephone: (619) 400-4920 |
| 4 | Facsimile:  (619) 400-4929 |
| 5 | rick@rclegglaw.com |
| 6 | Gary M. Butter (*pro hac vice*) |
| | Jeffrey D. Sullivan (*pro hac vice*) |
| 7 | Jennifer Tempesta (*pro hac vice*) |
| 8 | BAKER BOTTS L.L.P. |
| | 30 Rockefeller Plaza, 44th Floor |
| 9 | New York, New York  10112-4498 |
| | Telephone: (212) 408-2500 |
| 10 | Facsimile:  (212) 408-2501 |

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, MOLECULAR PROBES, INC., and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>EBIOSCIENCE, INC.<br><br>Defendant. | CIVIL ACTION NO.  10cv2127 IEG (NLS)<br><br>JOINT MOTION TO EXTEND TIME FOR PARTIES TO SUBMIT JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER<br><br>Date:  TBD<br>Time:  TBD<br>Courtroom: 1<br>Judge: Honorable Irma E. Gonzalez<br>Magistrate Judge: Honorable Nita L. Stormes |

The parties appeared for an ENE with Magistrate Judge Stormes on March 2, 2011.  On March 4, Magistrate Judge Stormes entered a Case Management Conference Order [Docket No. 26].  Paragraph 1 of the Case Management Conference Order requires the parties to "file a Joint Motion for Entrance of a Protective Order no later than March 23, 2011".

The parties respectfully request a one-week extension of time, until March 30, 2011, to file their Joint Motion for Entrance of a Protective Order.

There is good cause for the requested extension.  The parties have been diligently addressing issues regarding the form and substance of a protective order.  The parties agree that, with the requested extension, they may be able to resolve or simplify some or all of the remaining issues, avoiding the need for the Court to address those issues.

Pursuant to CivLR 7.2, a separate proposed Order is being submitted to Magistrate Judge Stormes' chambers.

Respectfully submitted,

Dated:  March 22, 2011         /s/ Richard A. Clegg_____
                               Richard A. Clegg
                               Counsel for Defendant

So stipulated:

Dated:  March 22, 2011         /s/ Matthew D. Murphey_____
                               Matthew D. Murphey
                               Counsel for Plaintiffs