**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, MOLECULAR PROBES, INC., and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>    Plaintiffs and Counterdefendants,<br>v.<br><br>EBIOSCIENCE INC.<br><br>    Defendant and Counterclaimant. | Civil No. 10cv2127 IEG (NLS)<br><br>ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR PARTIES TO FILE JOINT MOTION FOR PROTECTIVE ORDER<br><br>[Docket No. 27.] |

Before the Court is the parties' joint motion to extend the time for the parties to file a Joint Motion for Entrance of a Protective Order, by one week, from March 23, 2011, to March 30, 2011.

IT IS HEREBY ORDERED that, for good cause shown, the time for the parties to file a Joint Motion for Entrance of a Protective Order is hereby extended, by one week, from March 23, 2011, to March 30, 2011.

DATED: March 23, 2011

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge
United States District Court