Richard A. Clegg (SBN 211213)
LAW OFFICE OF RICHARD CLEGG
501 West Broadway, Suite 800
San Diego, California 92101
Telephone: (619) 400-4920
Facsimile: (619) 400-4929
rick@rclegglaw.com

Gary M. Butter (*pro hac vice*)
Jeffrey D. Sullivan (*pro hac vice*)
Jennifer C. Tempesta (*pro hac vice*)
BAKER BOTTS L.L.P.
30 Rockefeller Plaza, 44th Floor
New York, New York  10112-4498
Telephone: (212) 408-2500
Facsimile:  (212) 408-2501

*Attorneys for Defendant,*
*EBIOSCIENCE, INC.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, MOLECULAR PROBES, INC. and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>    Plaintiffs-Counterclaim Defendants,<br><br>v.<br><br>EBIOSCIENCE, INC.,<br><br>    Defendant-Counterclaim Plaintiff. | Civil Action No. 10-CV-2127-IEG (NLS)<br><br>**DEFENDANT EBIOSCIENCE, INC.'S NOTICE OF MOTION AND MOTION TO STAY ACTION PENDING REEXAMINATION OF THE PATENTS-IN-SUIT**<br><br>Hearing Date: June 20, 2011<br>Time: 10:30 am<br>Location: Courtroom 1, 4th Floor<br><br>Judge: Honorable Irma E. Gonzalez |

PLEASE TAKE NOTICE that, on June 20, 2011, at 10:30 a.m., in Courtroom 1, or at such other time as it may be heard, Defendant eBioscience, Inc. ("eBioscience") will and hereby does move this Court to stay this action pending the U.S. Patent and Trademark Office's ("PTO") acting on the requests for *ex parte* reexamination of the patents-in-suit, U.S. Patent No. 6,423,551, U.S. Patent No. 6,699,723, and U.S. Patent No. 6,927,069 and, if the requests are granted by the PTO, that the litigation be stayed pending the outcome of the *ex parte* reexaminations.

eBioscience's motion is based upon the accompanying memorandum of points and authorities, the accompanying declaration and exhibits, such other and further matters as may be brought before the Court upon the hearing of this matter, and any other matters of which the Court may take judicial notice.

Dated: May 18, 2011                    Respectfully submitted,

                                       */s    Jennifer C. Tempesta*
                                       Attorney for Defendant eBioscience, Inc.
                                       E-mail: jennifer.tempesta@bakerbotts.com

## CERTIFICATE OF SERVICE

I hereby certify that, on May 18, 2011, the foregoing document entitled **DEFENDANT EBIOSCIENCE, INC.'S NOTICE OF MOTION AND MOTION TO STAY ACTION PENDING REEXAMINATION OF THE PATENTS-IN-SUIT** was filed via the Case Management/Electronic Case Filing (CM/ECF) system, and was served on all parties via the automated generation and e-mailing of a Notice of Electronic Filing (NEF) by the CM/ECF system to each of the following persons:

Matthew D Murphey
Troutman Sanders LLP
550 West B Street
Suite 400
San Diego, CA 92101
matt.murphey@troutmansanders.com

Polaphat Veravanich
Life Technologies
5791 Van Allen Way
Carlsbad, CA 92008
Paul.Veravanich@lifetech.com

Francis M. Wikstrom
Parsons Behle & Latimer
201 South Main Street
Suite 1800
Salt Lake City, UT 84111
fwikstrom@parsonsbehle.com

/s  Richard A. Clegg
Attorney for Defendant eBiosystems, Inc.
E-mail:  rick@rclegglaw.com