Matthew D. Murphey, Esq. (SBN 194111)
TROUTMAN SANDERS LLP
11682 El Camino Real , Suite 400
San Diego, CA  92130-2092
Tel: (858) 509-6000 / Fax: (858) 509-6040
Email:  matt.murphey@troutmansanders.com

Polaphat Veravanich, Esq. (SBN 203964)
Amy Sun, Esq. (SBN 237185)
LIFE TECHNOLOGIES CORPORATION
5791 Van Allen Way
Carlsbad, CA  92008
Tel: (760) 603-7200 / Fax: (760) 476-6048
Email:  paul.vervanich@lifetech.com
             amy.sun@lifetech.com

Francis M. Wikstrom, Esq. (*Admitted Pro Hac Vice*)
Kristine E. Johnson, Esq. (*Admitted Pro Hac Vice*)
Michael R. McCarthy, Esq. (*Admitted Pro Hac Vice*)
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, UT  84145-0898
Tel: (801) 532-1234 / Fax: (801) 536-6111
Email: fwikstrom@parsonsbehle.com
           kjohnson@parsonsbehle.com
           mmccarthy@parsonsbehle.com

Attorneys for Plaintiffs/Counterdefendants
LIFE TECHNOLOGIES CORPORATION,
MOLECULAR PROBES, INC., and THE REGENTS
OF THE UNIVERSITY OF CALIFORNIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, MOLECULAR PROBES, INC., and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>EBIOSCIENCE, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No.  10-CV-02127 IEG (NLS)<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE of the new address and telephone number for Matthew D. Murphey, Esq. of Troutman Sanders, LLP, counsel of record for Plaintiffs/Counterdefendants LIFE TECHNOLOGIES CORPORATION, MOLECULAR PROBES, INC., and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, effective June 27, 2011:

> Matthew D. Murphey, Esq. (SBN 194111)
> TROUTMAN SANDERS, LLP
> 11682 El Camino Real, Suite 400
> San Diego, CA 92130-2092
> Telephone: (858) 509-6000 / Facsimile: (858) 509-6040
> Email: Matt.Murphey@troutmansanders.com

Dated: June 29, 2011

/s/ Matthew D. Murphey
Matthew D. Murphey, Esq.
TROUTMAN SANDERS LLP
Attorneys for Plaintiffs/Counterdefendants
LIFE TECHNOLOGIES CORPORATION,
MOLECULAR PROBES, INC., and THE
REGENTS OF THE UNIVERSITY OF
CALIFORNIA