Matthew D. Murphey (SBN: 194111)
TROUTMAN SANDERS LLP
11682 El Camino Real, Suite 400
San Diego, CA 92130-2092
Tel.: (858) 509-6000  Fax: (858) 509-6040
Email: matt.murphey@troutmansanders.com

Francis M. Wikstrom (admitted *pro hac vice*)
Kristine E. Johnson (admitted *pro hac vice*)
PARSONS BEHLE & LATIMER
One Utah Center
201 South Main Street, Suite 1800
Post Office Box 45898
Salt Lake City, UT 84145-0898
Tel.: (801) 532-1234  Fax: (801) 536-6111
Email: fwikstrom@parsonsbehle.com
       kjohnson@parsonsbehle.com

Attorneys for Plaintiffs and Counter-defendants LIFE TECHNOLOGIES CORPORATION, MOLECULAR PROBES, INC. and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

Polaphat Veravanich (SBN: 203964)
LIFE TECHNOLOGIES CORPORATION
5791 Van Allen Way
Carlsbad, CA 92008
Tel.: (760) 603-7200  Fax: (760) 476-6048
Email: paul.veravanich@lifetech.com

Attorney for Plaintiffs and Counter-defendants LIFE TECHNOLOGIES CORPORATION and MOLECULAR PROBES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, MOLECULAR PROBES, INC. AND THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>Plaintiffs-Counterclaim Defendants,<br><br>v.<br><br>EBIOSCIENCE, INC.,<br><br>Defendant-Counterclaim Plaintiff | CASE NO. 10-CV-2127-IEG (NLS)<br><br>**NOTICE OF DEFENDANT'S SUPPLEMENT TO PLAINTIFFS' INTERROGATORY NO. 4** |

On July 1, 2011, the Parties filed a Joint Motion for Determination of Discovery Dispute in which Plaintiffs Life Technologies Corporation, Molecular Probes, Inc., and The Regents of the University of California (collectively "Plaintiffs") sought an order compelling Defendant eBioscience, Inc. ("Defendant") to comply with its obligations under Patent Local Rule 3.4.a by producing certain categories of technical documents describing the accused eFluor® products (the "Accused Products"). *See* J. Mot. at 2, D.I. 60. In its portion of the Joint Motion, Defendant represented that it would provide a supplemental response to Plaintiffs' Interrogatory No. 4,[1] and that its supplement would address Plaintiffs' concerns regarding Defendant's failure to comply with Patent L.R. 3.4.a. J. Mot. at 11, D.I. 60. Plaintiffs submit this paper to advise the Court that, while Defendant has served a supplemental response, a copy of which is attached hereto, it does not address Plaintiffs' concerns regarding Defendant's failure to comply with Patent L.R. 3.4.a.

Defendant's supplemental interrogatory response provides no detail regarding the "operation of any aspects or elements of any Accused Instrumentality identified by [Plaintiffs] in [their] Patent L.R. 3.1.c chart." Instead, Defendant merely identifies those claim limitations allegedly absent from the Accused Products and provides absolutely no explanation for why the elements of the Accused Products do not meet the limitations. Rather than remedying Defendant's failure to comply with Patent L.R. 3.4.a, its supplemental response further demonstrates the need for an order compelling Defendant to comply with its Patent L.R. 3.4.a obligations by producing the requested documents.

---

[1] Plaintiffs' Interrogatory No. 4 requests: "For each method, process, operation, application, service, product, reagent, kit, or system identified in Interrogatory No. 1 that You assert does not infringe one or more of the claims of the Patents-in-Suit, identify the claims that You assert would not be infringed; all bases on which You rely to contend that any such claims would not be infringed either literally or under the doctrine of equivalents including any basis on which You rely to assert that Life Tech is estopped from asserting infringement by the doctrine of equivalents; all facts on which You rely for Your assertion; and all documents and circumstances relating to those facts and all persons with knowledge of those facts."

NOTICE OF DEF.'S SUPPL. TO PLS.' INTERROG. NO. 4     2     10-CV-2127 –IEG-NLS

Dated: July 12, 2011

/s/ Matthew D. Murphey
Matthew D. Murphey
TROUTMAN SANDERS LLP
11682 El Camino Real, Suite 400
San Diego, CA 92130-2092

Francis M. Wikstrom
Kristine E. Johnson
PARSONS BEHLE & LATIMER
One Utah Center
201 South Main Street, Suite 1800
Post Office Box 45898
Salt Lake City, UT 84145-0898

Attorneys for Plaintiffs and Counter-Defendants
LIFE TECHNOLOGIES CORPORATION,
MOLECULAR PROBES, INC. and THE
REGENTS OF THE UNIVERSITY OF
CALIFORNIA

Polaphat Veravanich
LIFE TECHNOLOGIES CORPORATION
5791 Van Allen Way
Carlsbad, CA 92008

Attorney for Plaintiffs and Counter-Defendants LIFE
TECHNOLOGIES CORPORATION and
MOLECULAR PROBES, INC.

*Life Technologies Corporation v. Ebioscience, Inc.,*
United States District Court Case No. 10-CV-2127-IEG (NLS)

## ATTACHMENT FILED UNDER SEAL

**DEFENDANT EBIOSCIENCE, INC.'S FIRST SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES**

**CONTAINS EBIOSCIENCE, INC.'S HIGHLY CONFIDENTIAL INFORMATION FOR ATTORNEYS EYES ONLY**

# CERTIFICATE OF SERVICE

I, Matthew D. Murphey, hereby certify that on July 12, 2011, I electronically filed the following document with the Clerk of the Court for the United States District Court, Southern District of California by using the CM/ECF system:

**NOTICE OF DEFENDANT'S SUPPLEMENT TO PLAINTIFFS' INTERROGATORY NO. 4**

Participants in the case who are registered CM/ECF users, as listed below, will be served by the CM/ECF system:

| | |
|---|---|
| Richard A. Clegg, Esq.<br>LAW OFFICE OF RICHARD CLEGG<br>501 W. Broadway, Ste. 800<br>San Diego, CA 92101<br>Tel: (619) 400-4920/Fax: (619) 400-4929<br>rick@rclegglaw.com | Attorney for EBIOSCIENCE, INC. |
| Gary M. Butler, Esq.<br>Jeffrey D. Sullivan, Esq.<br>Jennifer Tempesta, Esq.<br>BAKER BOTTS L.L.P.<br>30 Rockefeller Plaza, 44th Floor<br>New York, NY 10112-4498<br>Tel: (212) 408-2500/ Fax: (212) 408-2501<br>gary.butter@bakerbotts.com<br>jeffrey.sullivan@bakerbotts.com<br>jennifer.tempesta@bakerbotts.com | Attorney for EBIOSCIENCE, INC. |
| Francis M. Wikstrom<br>Kristine E. Johnson<br>PARSONS BEHLE & LATIMER<br>One Utah Center<br>201 South Main Street, Suite 1800<br>Post Office Box 45898<br>Salt Lake City, UT 84145-0898<br>fwikstrom@parsonsbehle.com<br>kjohnson@parsonsbehle.com | Attorneys for Plaintiffs and Counter-defendants LIFE TECHNOLOGIES CORPORATION, MOLECULAR PROBES, INC. and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA |
| Polaphat Veravanich (SBN: 203964)<br>LIFE TECHNOLOGIES CORPORATION<br>5791 Van Allen Way<br>Carlsbad, CA 92008<br>Tel.: (760) 603-7200<br>paul.veravanich@lifetech.com | Attorney for Plaintiffs and Counter-defendants LIFE TECHNOLOGIES CORPORATION and MOLECULAR PROBES, INC. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of July, at San Diego, California.

/s/ Matthew D. Muphey
Matthew D. Murphy
TROUTMAN SANDERS, LLP
Attorney for Plaintiffs and Counter-Defendants