Richard A. Clegg (SBN 211213)
LAW OFFICE OF RICHARD CLEGG
501 West Broadway, Suite 800
San Diego, California 92101
Telephone: (619) 400-4920
rick@rclegglaw.com

Robert C. Scheinfeld (pro hac vice)
Jennifer C. Tempesta (pro hac vice)
Steven P. Lendaris
BAKER BOTTS L.L.P.
30 Rockefeller Plaza, 44th Floor
New York, New York  10112-4498
Telephone: (212) 408-2500

Attorneys for Defendant,
EBIOSCIENCE, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION, MOLECULAR PROBES, INC. and THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, <br><br> Plaintiffs-Counterclaim Defendants, <br><br> v. <br><br> EBIOSCIENCE, INC., <br><br> Defendant-Counterclaim Plaintiff. | Civil Action No. 10-cv-2127-IEG-NLS <br><br> **JOINT MOTION TO DISMISS ACTION** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the parties to this action, through their undersigned counsel, hereby stipulate to the dismissal of all claims and counterclaims in this action, with prejudice.  The parties jointly move the Court to dismiss all claims and counterclaims in this action, with prejudice, with each party to bear its own costs, expenses and attorney's fees.

A proposed Order granting this motion is being e-mailed separately to chambers.

Respectfully submitted,

Dated: January 15, 2013         /s/ Richard A. Clegg
                                Richard A. Clegg
                                E-mail: rick@rclegglaw.com
                                Counsel for Plaintiff Bliss Holdings LLC

Dated: January 15, 2013         /s/ Matthew D. Murphey
                                Matthew D. Murphey
                                E-mail: matt.murphey@troutmansanders.com
                                Counsel for Life Technologies, Inc., Molecular
                                Probes, Inc., and the Regents of the University
                                of California

### SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Matthew D. Murphey, counsel for plaintiffs, and that I have obtained Mr. Murphey's authorization to affix his electronic signature to this document.

By:   /s/ Richard A. Clegg
      Richard A. Clegg
      E-mail:  rick@rclegglaw.com

CERTIFICATE OF SERVICE

I hereby certify that, on January 15, 2013, the foregoing document was filed via the Case Management/Electronic Filing (CM/ECF) System and was served on all parties via the automated generation and e-mailing of a Notice of Electronic Filing (NEF) by the CM/ECF System to counsel for all parties.

By: */s/ Richard A. Clegg*
Richard A. Clegg
E-mail: rick@rclegglaw.com